```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MASON TENDERS DISTRICT COUNCIL OF  :  09 Civ. 8277 (SHS)
GREATER NEW YORK,
                                   :
            Plaintiff,
                                   :
    -against-                         ORDER
                                   :
CANDOR CONSTRUCTION GROUP, *ET ANO*,
                                   :
            Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendants,

      IT IS HEREBY ORDERED that the next pretrial conference will be held on December 11, 2009, at 10:30 a.m.

Dated: New York, New York
       November 12, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.